❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Tan 3 dial Office Depot lock box currently located at North<br>Central HIDTA, (11548 W. Theodore Trecker Way, West<br>Allis, WI 53214) and in USMS custody under item #19. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   25-881M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Eastern _____ District of _____ Wisconsin _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1

**YOU ARE COMMANDED** to execute this warrant on or before   5/15/2025 _____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Nancy Joseph _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5/1/2025 @ 12:37 p.m. _____

City and state:   Milwaukee, WI _____

*Judge's signature*

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 25-881M(NJ) | Date and time warrant executed: 05/01/25 ≈ 1520 HRS | Copy of warrant and inventory left with: SDUSM KELLER |
|---|---|---|

Inventory made in the presence of :
SDUSM KELLER + S/A MASON

Inventory of the property taken and name(s) of any person(s) seized:
- $2 U.S.C.
- SMALL AMOUNT OF GARLIC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/24/2025

_____
Executing officer's signature

MATTHEW MASON    S/A 5742
_____
Printed name and title

## ATTACHMENT A-1

The lock box to be searched is a tan 3 dial Office Depot lock box currently located at

North Central HIDTA, (11548 W. Theodore Trecker Way, West Allis, WI 53214) and in USMS

custody under item #19.

**ATTACHMENT B-1**

1.     All items located in the Lock Box described in Attachment A-1 that are evidence of violations of 18 U.S.C. §§ 841 & 846 involving Christian ISLAS MENDEZ (DOB: 01/02/2005) including:

    a.  Illegal narcotics;

    b.  Cash or other valuables (including jewelry) that could be proceeds of drug sales;

    c.  Records related to illegal drug sales including amounts owed or other documentation of drug-related transactions.